IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF EQUITY ONE ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-3, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY C. ROSENQUIST, <br><br> Defendants. | Case No: 12-cv-9153 <br><br> Judge: Virginia M. Kendall |

## MOTION FOR JUDGMENT NUNC PRO TUNC

NOW COMES, Plaintiff, **THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF EQUITY ONE ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-3**, by and through its attorneys, Potestivo & Associates, P.C., and moves for Judgment Nunc Pro Tunc pursuant to the Court's February 6, 2013 ruling. In support thereof, Plaintiff states as follows:

1. On November 15, 2012 Plaintiff filed its Complaint to Foreclose Mortgage.
2. On February 6, 2013 this Court granted Plaintiff's Motion for Default Judgment.
3. Prior counsel was to submit draft orders; however, for reasons unknown to Plaintiff, the appropriate orders were never put onto the Docket.
4. To proceed with the sale of this property, Plaintiff needs a Judgment of Foreclosure as sought in its Complaint.

WHEREFORE, Plaintiff respectfully requests this Court enter a Judgment of Foreclosure with a nunc pro tunc date of February 6, 2013. Plaintiff has provided a proposed Judgment of Foreclosure to the Courts proposed order email.

By: _____/s/ *Megan Christine Adams*_____

Potestivo & Associates, P.C.
Megan C. Adams (ARDC #6312221)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Plaintiff
Our File No.: C14-95489